UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTERA CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>PACT XPP TECHNOLOGIES, AG,<br><br>    Defendant. | Case No. 14-cv-02868-JD<br><br>**ORDER RE COURT-APPOINTED EXPERTS** |

The Court intends to appoint one or more experts pursuant to Rule 706 of the Federal Rules of Evidence. *See Monolithic Power Sys., Inc. v. O2 Micro Int'l Ltd.*, 558 F.3d 1341, 1346-48 (Fed. Cir. 2009) (noting that district courts in this circuit enjoy "wide latitude" to make these appointments). Any such expert will testify at trial, and the Court plans to disclose their independent status to the jury, as permitted by Rule 706(d). The Court may also ask the expert or experts for advice throughout the case, but any substantive communications would be in the presence of the parties.

Any party that believes that the Court should not appoint any Rule 706 experts may submit a statement of no more than two pages by February 13, 2015, explaining why. In the event that the Court is unpersuaded by any such statement, the Court will then ask the parties to nominate candidates.

**IT IS SO ORDERED**.

Dated: February 5, 2015

_____
JAMES DONATO
United States District Judge