UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALTERA CORPORATION, | Case No. 14-cv-02868-JD |
|---|---|
| Plaintiff, | |
| v. | **AMENDED SCHEDULING ORDER** |
| PACT XPP TECHNOLOGIES, AG, | |
| Defendant. | |

The Court hereby modifies certain deadlines set in its prior case management and scheduling order, *see* Dkt. No. 36, in light of its appointment of an expert under Federal Rule of Evidence 706. The case schedule, as modified, is as follows:

| **Event** | **Date** |
|---|---|
| Last day for parties to file Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | 03/06/15 |
| Last day to complete claim construction discovery (Patent L.R. 4-4) | 04/06/15 |
| Last day for PACT to file opening claim construction brief (Patent L.R. 4-5) | 04/20/15 |
| Last day for Altera to file responsive claim construction brief (Patent L.R. 4-5) | 05/04/15 |
| Last day for PACT to file reply claim construction brief (Patent L.R. 4-5) | 05/11/15 |
| Last day to file Final Joint Claim Construction Statement (Standing Order for Patent Cases ¶ 6) | 05/11/15 |

| Event | Date |
|---|---|
| Technical tutorial (Standing Order for Patent Cases ¶ 7) | 05/08/15 2:00 p.m. (45 minutes per side) |
| Claim construction hearing (Patent L.R. 4-6, Standing Order for Patent Cases ¶ 13) | 05/21/15 2:00 p.m. (90 minutes per side) |
| Last day to disclose advice of counsel (Patent L.R. 3-7) | 50 days after claim construction ruling |
| Fact discovery cut-off | 07/20/15 |
| Last day to disclose experts and exchange opening expert reports | 08/10/15 |
| Last day to exchange rebuttal expert reports | 08/24/15 |
| Expert discovery cut-off | 09/07/15 |
| Last day for court-appointed expert's report | 10/09/15 |
| Last day to depose court-appointed expert | 10/23/15 |
| Last day to file dispositive motions | 11/02/15 |
| Pre-trial conference | 02/10/16 3 p.m. |
| Jury Trial | 02/22/16 9 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to obey a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C). The parties should review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Trials.

**IT IS SO ORDERED.**

Dated: March 4, 2015

_____
JAMES DONATO
United States District Judge