UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALTERA CORPORATION,

    Plaintiff,

    v.

PACT XPP TECHNOLOGIES, AG,

    Defendant.

Case No. 14-cv-02868-JD

**ORDER REGARDING INSTRUCTIONS TO FRE 706 EXPERT**

    The Court appoints Professor John Wawrzynek, with his consent, as an expert witness pursuant to Federal Rule of Evidence 706. Attached to this order are the instructions required by Rule 706(b) that the Court proposes to give Professor Wawrzynek. If there is no objection from the parties by March 9, 2015, the Court will provide him with a copy of the instructions the following day.

    **IT IS SO ORDERED.**

Dated: March 4, 2015

_____
JAMES DONATO
United States District Judge