KARL J. KRAMER (CA SBN 136433)
KKramer@mofo.com
COLETTE R. VERKUIL (CA SBN 263630)
cverkuil@mofo.com
DIEK VAN NORT (CA SBN 273823)
DVanNort@mofo.com
BRIAN MARTINEZ (CA SBN 274210)
brianmartinez@mofo.com
ADELA GOTZ (CA SBN 297841)
agotz@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Plaintiff
ALTERA CORPORATION

JOHN M. NEUKOM (CA Bar No. 275887)
johnneukom@quinnemanuel.com
KRISTEN E. LOVIN (CA Bar No. 293688)
kristenlovin@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  415.875.6600
Facsimile:  415.875.6700

MARK TUNG (CA Bar No. 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:  650.801.5100

Attorneys for Defendant and Counter-
Claimant PACT XPP TECHNOLOGIES, AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ALTERA CORPORATION,

Plaintiff,

v.

PACT XPP TECHNOLOGIES, AG,

Defendant.

PACT XPP TECHNOLOGIES, AG,

Counterclaimant,

v.

ALTERA CORPORATION,

Counterdefendant.

Case No.    3:14-cv-02868 JD

**STIPULATION AND
[PROPOSED] ORDER TO
ALLOW THE INTERNATIONAL
DEPOSITION OF PETER
WEBER**

1    WHEREAS, on June 18, 2015 Altera Corporation ("Altera") served a deposition and

2 document subpoena on Peter Weber, the former CEO of PACT XPP Technologies, AG ("PACT")

3 while Mr. Weber was in California;

4    WHEREAS, Mr. Weber has represented that he was served with the subpoena during a

5 brief visit to California, that he has left the United States to return to Singapore where he lives,

6 and that returning to the United States for his deposition would impose a burden on him; and

7    WHEREAS, as an accommodation to Mr. Weber, the parties agree and stipulate that Mr.

8 Weber can remain in Singapore for his deposition, that such deposition will be conducted at a

9 time acceptable to all parties via telephone and videoconference, that a local court reporter or

10 other authorized person to be located at the deposition in Singapore may administer the oath to

11 Mr. Weber, and that counsel for PACT and Altera will have the opportunity to ask questions via

12 videoconference or teleconference from California.  The parties further agree and stipulate that

13 such deposition will be admissible in this case to the same extent as a deposition conducted in the

14 United States pursuant to the Federal Rules of Civil Procedure.

15    The parties hereby so stipulate.

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: July 7, 2015

KARL J. KRAMER
COLETTE R. VERKUIL
DIEK VAN NORT
BRIAN MARTINEZ
ADELA GOTZ
MORRISON & FOERSTER LLP


By: */s/ Karl J. Kramer* _____
       KARL J. KRAMER

Attorneys for Plaintiff
ALTERA CORPORATION

Dated: July 7, 2015

JOHN M. NEUKOM
KRISTEN E. LOVIN
MARK TUNG
QUINN EMANUEL URQUHART &
SULLIVAN, LLP


By: */s/ John M. Neukom* _____
       JOHN M. NEUKOM

Attorneys for Defendant and Counter-Claimant
PACT TECHNOLOGIES, AG

1

**[PROPOSED] ORDER**

2          Pursuant to the parties' stipulation, and good cause shown, IT IS SO ORDERED:

3          As an accommodation to Peter Weber, the parties may depose Mr. Weber as stipulated

4   and such deposition will be admissible in this case to the same extent as a deposition conducted in

5   the United States pursuant to the Federal Rules of Civil Procedure.

6

7

8   Dated:  July 8, 2015



The Honorable

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28