UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTERA CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PACT XPP TECHNOLOGIES, AG,<br><br>　　　　　Defendant. | Case No. 14-cv-02868-JD<br><br>**ORDER RE COMMENTS OF FRE 706 EXPERT** |

　　　To ensure the completeness of the record, the Court attaches to this order the comments provided to the Court and the parties by Professor John Wawrzynek, the Court-appointed expert, regarding claim construction.

　　　**IT IS SO ORDERED.**

Dated: August 21, 2015

_____
JAMES DONATO
United States District Judge